UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT A. CALLENDER,<br><br>        Plaintiff,<br><br>   v.<br><br>BECKER, et al.,<br><br>        Defendants. | No. 2:16-cv-584-TLN-EFB P<br><br><br>ORDER |

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). He has not, however, submitted a certified trust account statement for the required time period.

     Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period *immediately preceding the filing of the complaint* . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added).

/////

/////

1

1   Accordingly, plaintiff has 30 days from the date this order is served to submit the required
2   trust account statement.  Failure to comply with this order will result in a recommendation that
3   this action be dismissed.  The Clerk of the court is directed to send to plaintiff a new form
4   Application to Proceed In Forma Pauperis by a Prisoner.
5   So ordered.
6   Dated:  April 21, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE